IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:15cr236-MHT |
| | ) | (WO) |
| MARSHALL DILLARD SIMS | ) | |

ORDER

Upon consideration of the government's motion to rescind the preliminary order of forfeiture (doc. no. 33), it is the ORDER, JUDGMENT, and DECREE of this court that the motion is granted and the preliminary order of forfeiture (doc. no. 32) is rescinded and declared void ab initio.

DONE, this the 5th day of January, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**