IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )   CRIMINAL ACTION NO.
     v.                       )       3:15cr236-MHT
                              )            (WO)
MARSHALL DILLARD SIMS         )
```

ORDER

During the sentencing hearing on April 27, 2016, the court stated that it would grant defendant Marshall Dillard Sims's motion for a downward variance by one level from the guidelines offense level of 21 to an effective offense level of 20, resulting in a sentencing range of 51 to 63 months at a criminal history category of IV.  However, in order to determine the appropriate sentence within that range, the court stated that it needed additional information regarding Sims's apparent mental-health and substance-abuse problems.

It is therefore ORDERED that:

(1) Defendant Marshall Dillard Sims's motion for a downward variance (doc. no, 44) is granted to the extent of one level from the guidelines offense level of 21 to

an effective offense level of 20, resulting in a sentencing range of 51 to 63 months at a criminal history category of IV.

(2) Defense counsel is to arrange for an evaluation of defendant Sims's mental-health and substance-abuse issues (whether drug- or alcohol-related), and to file a written report of that evaluation under seal by no later than noon on May 25, 2016.

(3) Defendant Sims's sentencing hearing is to resume at 10:00 a.m., on May 27, 2016.

DONE, this the 10th day of May, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**